IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD BRYANT,                        )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   CASE NO. CV411-178
                                      )
PHS/CORIZON HEALTH CARE               )
SERVICES and CHATHAM COUNTY           )
JAIL,                                 )
                                      )
        Defendants.                   )
                                      )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 13), to which no objections were
filed.   After a careful de novo review of the record in
this case, the Court concurs with the report and
recommendation.  Accordingly, the report and recommendation
is **ADOPTED** as the Court's opinion in this case, and
Plaintiff's § 1983 complaint is **DENIED**. The Clerk of Court
is **DIRECTED** to close this case.

SO ORDERED this ___9th___ day of December 2011.


WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA